# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF PAUL HAINES, JR.

NO.   2022 CW 0785

**DECEMBER 1, 2022**

---

In Re:   Glynn Haines and Theresa Levergne, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 19828.

---

**BEFORE:   GUIDRY, CHUTZ, AND WOLFE, JJ.**

**WRIT DENIED.**

JMG
WRC
EW

COURT OF APPEAL, FIRST CIRCUIT

*A. Snl*
_____
DEPUTY CLERK OF COURT
    FOR THE COURT